No. _____ CR 07 00526 JW

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION



RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

SEALED BY ORDER OF THE COURT

## THE UNITED STATES OF AMERICA

vs.

## SAUL MAXIAS NIETO

## INDICTMENT

<u>Count One</u>: Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(viii) - Distribution of Methamphetamine

*A true bill.*

_____
Foreperson

Filed in open court this __8__ day of __Aug.__

A.D. 2007

_____
UNITED STATES MAGISTRATE JUDGE

Bail. $ __No bail arrest warrant__

1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                   NORTHERN DISTRICT OF CALIFORNIA
10                          SAN JOSE DIVISION
11
12 | UNITED STATES OF AMERICA,    ) CR No. 07 00526 JW
13 |              Plaintiff,       ) VIOLATION: 21 U.S.C. § 841(a)(1) –
                                   ) Distribution of Methamphetamine
14 |       v.                      )
15 |                               )
   | SAUL MAXIAS NIETO,            )
16 |                               ) SAN JOSE VENUE
   |                               )
17 |              Defendant.       )
18 |_____ )
19
20                              INDICTMENT

21  The Grand Jury charges:

22  COUNT ONE:  (21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)(viii))

23      On or about April 10, 2007, in the Northern District of California, the defendant,

24                              SAUL MAXIAS NIETO,

25  did knowingly and intentionally distribute a controlled substance, to wit, 5 grams and more of

26  //
27  //
28  //

INDICTMENT

1  methamphetamine, its salts, isomers, and salts of its isomers, in violation of Title 21, United
2  States Code, Sections 841(a)(1) and 841(b)(1)(B)(viii).
3
4                                                            A TRUE BILL.
5
6  DATED: _August 8, 2007_                    _____
                                                              FOREPERSON
7
8  SCOTT N. SCHOOLS
   United States Attorney
9
10
11 _____
   DAVID R. CALLAWAY
12 Deputy Chief, San Jose Office
13
14
15 (Approved as to form: _____ )
                           AUSA O'Connell
16
17
18
19
20
21
22
23
24
25
26
27
28

INDICTMENT                                      2

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT  ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

**OFFENSE CHARGED**
SEE ATTACHMENT TO PENALTY SHEET

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

FILED
2007 AUG -8  P 2: 46
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

**PENALTY:**
SEE ATTACHMENT TO PENALTY SHEET

SEALED BY ORDER OF THE COURT

**DEFENDANT - U.S.**
▶ SAUL MAXIAS NIETO

**DISTRICT COURT NUMBER**
CR 07 00526 JW

---

**PROCEEDING**
Name of Complaintant Agency, or Person (&Title, if any)
S/A Robert Patrizi-ATF

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. Att'y  ☐ Defense
  SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under
  MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM
SCOTT N. SCHOOLS
☒ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)
THOMAS M. O'CONNELL

**DEFENDANT**

**IS NOT IN CUSTODY**
1) ☒ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges  } ☐ Fed'l  ☐ State
If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No
If "Yes" give date filed

**DATE OF ARREST** ▶  Month/Day/Year
Or... if Arresting Agency & Warrant were not
**DATE TRANSFERRED TO U.S. CUSTODY** ▶  Month/Day/Year

☐ This report amends AO 257 previously submitted

---

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT  Bail Amount: NO BAIL

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:
Before Judge:

Comments:

UNITED STATES OF AMERICA
v.
SAUL MAXIAS NIETO

**ATTACHMENT TO PENALTY SHEET**

<u>Count One</u>:  Title 21, United States Code, Sections 846 and 841(b)(1)(B)(viii) - Distribution of Methamphetamine

5 years imprisonment (mandatory minimum)
40 imprisonment (maximum)
$2,000,000 Fine
4 years of supervised release
$100 special assessment

1