# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

**\*E-FILED\***

### CRIMINAL MINUTES

**Judge: James Ware**                    **Courtroom Deputy: Elizabeth Garcia**
**Date:  10/22/2007**                    **Court Reporter: Irene Rodriguez**
**Case No: CR-07-0526 JW**               **U.S. Probation Officer: N/A**
                                         **Interpreter:   N/A**

### TITLE

**U.S.A. v.  Saul Maxias Neito ( C)**

**Attorney(s) for Plaintiff(s): Tom O'Connell**
**Attorney(s) for Defendant(s): Mary Conn (1)**
**Nelson McElmurry (2)**

### PROCEEDINGS

**Status Hearing/Trial Setting Conference**

### ORDER AFTER HEARING

**Hearing Held.  Defendant  Neito present and in custody for proceedings.**

**Counsel, Mike Armstrong, made an Oral motion before the Court to be relieved as Counsel of Record. The Court GRANTED the Oral motion.  Mike Armstrong is relieved as counsel of record.  Nelson McElmurry is retained and substituted as counsel of record for Defendant.  The Court continued this matter to 12/3/2007 at 1:30 PM for a Further Status Hearing.**

**Time is excluded from 10/22/2007 to 12/3/2007 to accommodate defense counsel's further investigation into discovery documents and for efforts to resolve this case short of trial.**

*Elizabeth C. Garcia*
Elizabeth C. Garcia
Courtroom Deputy
Original: **E-filed**
CC: