SCOTT N. SCHOOLS
United States Attorney

Attorney for Plaintiff

FILED

2007 NOV 33  A 11: 07

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO DIST OF CA. S J

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

UNITED STATES OF AMERICA,  )  No. CR 07-00525- JW
                           )  No. CR 07-00526- JW
           Plaintiff,      )
                           )
      v.                   )  **PENALTY ENHANCEMENT PURSUANT
                           )  TO TITLE 21, UNITED STATES CODE,
SAUL MAXIAS NIETO          )  SECTIONS 841(b)(1)(B) AND 851**
                           )
           Defendant.      )
                           )

## INFORMATION

The United States Attorney charges:

Pursuant to Title 21, United States Code, Sections 841(b)(1)(B) and 851, that at the time of the offenses charged against defendant SAUL MAXIAS NIETO in the above-captioned indictments, he previously had been convicted of felony drug offenses, which convictions were final, as follows:

1. On or about 06/19/2001 in San Benito County Superior Court, Docket Number: CR0140394, the defendant was convicted of California Health & Safety Code Section 11377, and was sentenced to 36 months probation, 210 days imprisonment.

2. On or about 08/10/2005 in San Benito County Superior Court, Docket Number:

INFORMATION

1  CR0501006, the defendant was convicted of California Health & Safety Code Section 11377(A), and
2  was sentenced to 2 years imprisonment.
3       3.   On or about 08/22/07 in San Benito County Superior Court, Docket Number:
4  CR0700726, the defendant was convicted of California Health & Safety Code Section 11379, and
5  was sentenced to 3 years imprisonment.
6       By reason of his conviction on any of the above-listed charges, the defendant is subject to
7  increased punishment as prescribed by Title 21, United States Code, Section 841(b)(1)(B), that is, a
8  10-year mandatory minimum prison sentence, a maximum prison sentence of life, a maximum fine of
9  $4,000,000, and a maximum supervised release term of life (minimum: 8 years).
10 DATED: December 3, 2007

SCOTT N. SCHOOLS
United States Attorney

_____
MATTHEW A. PARRELLA
Chief, San Jose Office

15 (Approved as to form: _____ )
   AUSA O'CONNELL

INFORMATION

2