UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

## CRIMINAL MINUTES

**Judge:** James Ware
**Date:** 12/3/2007
**Case No:** CR-07-0525 JW
    **Related Case:** CR 07-0526 JW

**Courtroom Deputy:** Elizabeth Garcia
**Court Reporter:** Summer Clanton
**U.S. Probation Officer:** N/A
**Interpreter:** N/A

## TITLE

U.S.A. v. Saul Maxias Nieto (C)

**Attorney(s) for Plaintiff(s):** Tom O'Connell
**Attorney(s) for Defendant(s):** No Appearance

## PROCEEDINGS

Judgment and Sentencing

## ORDER AFTER HEARING

**Hearing Held. Defendant present and in custody for proceedings. No appearance was made on behalf of Defendant. The Court continued this matter to December 10, 2007 at 1:30 PM for Further Status re Setting/Disposition. Time is excluded from December 3, 2007 through December 10, 2007 for efforts to resolve this matter short of trial and effective preparation of counsel.**

 

*Elizabeth C. Garcia*
Elizabeth C. Garcia
Courtroom Deputy
Original: **E-filed**
CC: