UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

## CRIMINAL MINUTES

| | |
|---|---|
| **Judge:** James Ware | **Courtroom Deputy:** Elizabeth Garcia |
| **Date:** 12/10/2007 | **Court Reporter:** Summer Clanton |
| **Case No:** CR 07-0525 JW | **U.S. Probation Officer:** N/A |
| Related Case CR 07-0526 JW | **Interpreter:** N/A |

### TITLE

U.S.A. v. Saul Maxias Nieto ( C)

Attorney(s) for Plaintiff(s): Tom O'Connell
Attorney(s) for Defendant(s): Nelson McElmurry

### PROCEEDINGS

Disposition Hearing

### ORDER AFTER HEARING

Hearing held. Defendant present and in custody for proceedings. The Defendant plead guilty as to Count One (1) of the Indictment. A plea agreement was executed in open court. The Government made an oral motion to dismiss Count Two (2) of the Indictment and the Indictment charged to Defendant in CR 07-0526 JW USA v. Saul Maxias Nieto. The Court submitted the motion until the date for sentencing. The Court set Judgment and Sentencing for March 3, 2008 at 1:30 PM.

*Elizabeth C. Garcia*
Elizabeth C. Garcia
Courtroom Deputy
Original: **E-filed/C. Escolano**
CC: